■ JAMES R. SMITH et al., Respondents, v PETER M. KANTER, Appellant, et al., Defendants. (Appeal No. 2.) [710 NYS2d 283] —Judgment unanimously affirmed without costs. Same Memorandum as in *Smith v Kanter* (273 AD2d 793 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, LaMendola, J.—Debtor and Creditor Law.) Present—Pigott, Jr., P. J., Hayes, Scudder, Kehoe and Balio, JJ.